THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA LEVINE-SUMMERS and<br>HERBERT SUMMERS<br>930 Christian Creek Road<br>Swannanoa, NC 28778<br><br>                        Plaintiffs,<br><br>    vs.<br><br>ELI LILLY AND COMPANY,<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>and<br><br>GLAXOSMITHKLINE<br>a successor to S.E. MASSENGILL, CO.<br>1500 K Street, N.W.<br>Washington, D.C. 20036<br><br>and<br><br>PREMO PHARMACEUTICAL<br>LABORATORIES, INC.<br>w/s/o Corporation Trust Co.<br>820 Bear Tavern Road<br>West Trenton, NJ 08628<br><br>and<br><br>DART INDUSTRIES, INC.,<br>p/k/a REXALL DRUG COMPANY, INC.<br>c/o Sheila Ann Marie Moeller, Esq.<br>Gilbride, Tusa, Last & Spellane, LLC<br>31 Brookside Drive<br>Greenwich, CT 06830<br><br>and<br><br>BRISTOL-MEYERS SQUIBB COMPANY<br>a successor of E.R. SQUIBB & SONS, INC. | CIVIL ACTION _____<br><br><br><br><br><br>DEFENDANT ELI LILLY AND<br>COMPANY'S DISCLOSURE OF<br>CORPORATE AFFILIATIONS AND<br>FINANCIAL INTERESTS |

143770v1

|   |   |
|---|---|
| P.O. Box 4500 | ) |
| Princeton, NJ 08543 | ) |
| w/s/o CT CORPORATION | ) |
| 1025 Vermont Avenue, N.W. | ) |
| Washington, D.C. 20005 | ) |
|   | ) |
| and | ) |
|   | ) |
| PHARMACIA and UPJOHN COMPANY | ) |
| (aka THE UPJOHN COMPANY) | ) |
| 100 Route 206 North | ) |
| Peapack, NJ 07977 | ) |
| w/s/o CT CORPORATION | ) |
| 1025 Vermont Avenue, N.W. | ) |
| Washington, D.C. 20005 | ) |
|   | ) |
| and | ) |
|   | ) |
| WYETH | ) |
| 5 Giraldi Farms | ) |
| Madison, NJ 07940 | ) |
|   | ) |
| Defendants. | ) |

## DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

143770v1

Respectfully Submitted,

**SHOOK, HARDY & BACON, L.L.P.**

*/s/ John Chadwick Coots*
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Judith L. O'Grady, D.C. Bar No. 494290
600 14TH Street, NW Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

143770v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of November, 2007, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW, Suite 500
Washington, DC  20036
**Attorneys for Plaintiffs**

Sarah S. Keast
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C.  20001
**Attorneys for Premo Pharmaceutical Laboratories, Inc.**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202
**Attorneys for Bristol Myers Squibb Company**

F. Lane Heard, III
Williams & Connolly LLP
725 Twelve Street, N.W.
Washington, D.C. 20005
**Attorneys for Wyeth**

Janet K. Coleman
Whitney & Bogris, L.L.P.
401 Washington Avenue, 12th Floor
Towson, MD 21204
**Attorneys for GlaxoSmithKline**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA  22102
**Attorneys for Dart Industries, Inc.**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC  20005
**Attorneys for Pharmacia and Upjohn Company**

_/s/ John Chadwick Coats_
ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY

143770v1