IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELISSA SUMMERS, et. vir.           *

      Plaintiffs           *

                                      Civil Action No.: 07-CV-2142

v.                                  *      (RWR)

ELI LILLY & COMPANY, et al.         *

      Defendants          *

\* \* \* \* \* \* \* \* \*

## DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S
## CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES

I, the undersigned, counsel of record for Bristol-Myers Squibb Company ("Squibb"), certify that to the best of my knowledge and belief, Bristol-Myers Squibb Company has no parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

This representation is made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/ Sidney G. Leech
Sidney G. Leech
D.C. Bar No. 359071
Malcolm S. Brisker
D.C. Bar No. 472101
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
sgl@gdldlaw.com
*Attorneys for Defendant,
Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2007, a copy Bristol-Myers Squibb Company's Certificate Required By Rule 7.1 of the Local Rules was filed electronically and mailed via first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Brandon J. Waggoner, Esquire
Shook Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64109; *Attorneys for Defendant Eli Lilly & Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Pharmacia and Upjohn Company*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

Sarah A. Keast, Esquire
Goodwin Proctor, LLP
911 New York Avenue, Suite 900
Washington, D.C. 20001; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Janet A. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, Maryland 21204; *Attorneys for GlaxoSmithKline.*

F. Lane Heard, III, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005; *Attorneys for Wyeth*

                                                /s/ Sidney G. Leech
                                                Sidney G. Leech