THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELISSA LEVINE-SUMMERS, et al.,** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **ELI LILLY AND COMPANY, et al.** <br><br> **Defendants**. | **CIVIL ACTION No. 1:07-cv-02142-RWR** |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Michelle R. Mangrum as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

          Respectfully submitted,

          SHOOK, HARDY & BACON, L.L.P.

          /s/ Michelle R. Mangrum
          Michelle R. Mangrum, D.C. Bar No. 473634
          600 14TH Street, N.W., Suite 800
          Washington, D.C.  20005-2004
          (202) 783-8400  Telephone
          (202) 783-4211 Facsimile

          **ATTORNEY FOR DEFENDANT**
          **ELI LILLY AND COMPANY**

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 30th day of November, 2007, which sent notification of such filing to all counsel of record listed below.

| | |
|---|---|
| Aaron M. Levine<br>Aaron M. Levine & Associates<br>1320 19th Street, NW, Suite 500<br>Washington, DC  20036<br>**Attorneys for Plaintiffs** | Janet K. Coleman<br>Whitney & Bogris, L.L.P.<br>401 Washington Avenue, 12th Floor<br>Towson, MD 21204<br>**Attorneys for GlaxoSmithKline** |
| Sarah S. Keast<br>Goodwin & Proctor, LLP<br>901 New York Avenue, NW, Suite 900<br>Washington, D.C.  20001<br>**Attorneys for Premo Pharmaceutical Laboratories, Inc.** | John F. Anderson<br>Troutman Sanders, LLP<br>1660 International Drive, Suite 600<br>McLean, VA  22102<br>**Attorneys for Dart Industries, Inc.** |
| Sidney G. Leech<br>Goodell, DeVries, Leech & Dann, LLP<br>One South Street, 20th Floor<br>Baltimore, MD  21202<br>**Attorneys for Bristol Myers Squibb Company** | Elizabeth Ewert<br>Drinker Biddle & Reath, LLP<br>1500 K Street NW, Suite 1100<br>Washington, DC  20005<br>**Attorneys for Pharmacia and Upjohn Company** |
| F. Lane Heard, III<br>Williams & Connolly LLP<br>725 Twelve Street, N.W.<br>Washington, D.C. 20005<br>**Attorneys for Wyeth** | |

    /s/ Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**