THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA LEVINE-SUMMERS and HERBERT SUMMERS, 930 Christian Creek Road Swannanoa, NC 28778 <br><br> Plaintiff, <br><br> vs. <br><br> ELI LILLY AND COMPANY, et al., Lilly Corporate Center Indianapolis, IN 46285 <br><br> Defendants. | ) ) ) ) ) ) ) ) CIVIL ACTION NO. 1:07-CV-02142-RWR ) ) SUPERIOR COURT NO. 2007 CA 007421 B ) ) ) ) ) ) |

## DEFENDANT WYETH'S CONSENT TO REMOVAL

Defendant Wyeth with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No 2007 CA 007421 B), to this Court.

_____
F. Lane Heard, III

WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
Telephone: (202) 434-5114
Facsimile: (202) 434-5029

*ATTORNEYS FOR WYETH*