**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MELISSA LEVINE SUMMERS and <br> HERBERT SUMMERS <br> 930 Christian Creek Road <br> Swannanoa, NC 28778 <br><br>         Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY <br> Lilly Corporate Center <br> Indianapolis, IN 46285 <br>     w/s/o NATIONAL REGISTERED AGENTS, INC. <br>     1090 Vermont Avenue, NW, # 910 <br>     Washington, DC 20005 <br><br>         and <br><br> GLAXOSMITHKLINE, INC. <br> A Successor of BURROUGHS-WELLCOME & CO. and S.E. MASSENGILL, CO. <br> 1500 K Street, N.W. <br> Washington, D.C. 20036 <br><br>         and <br><br> PREMO PHARMACEUTICAL <br> LABORATORIES, INC. <br>     w/s/o Corporation Trust Co. <br>     820 Bear Tavern Road <br>     West Trenton, NJ 08628 <br><br>         and <br><br> DART INDUSTRIES, INC., a successor to <br> REXALL DRUG COMPANY, INC. <br>     w/s/o Sheila AnnMarie Moeller, Esq. <br>     Gilbride, Tusa, Last & Spellane, LLC <br>     31 Brookside Drive <br>     Greenwich, CT 06836 <br><br>         and | Case No. 1:07-CV-02142-RWR |

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY | ) |
| a successor of E.R. SQUIBB & SONS, INC. | ) |
| P.O. Box 4500 | ) |
| Princeton, NJ 08543 | ) |
|     w/s/o CT CORPORATION | ) |
|         1025 Vermont Avenue, NW | ) |
|         Washington, DC 20005 | ) |
| | ) |
|                 and | ) |
| | ) |
| PHARMACIA and UPJOHN COMPANY | ) |
| (aka THE UPJOHN COMPANY) | ) |
| 100 Route 206 North | ) |
| Peapack, NJ 07977 | ) |
|     w/s/o CT CORPORATION | ) |
|         1025 Vermont Avenue, NW | ) |
|         Washington, DC 20005 | ) |
| | ) |
|                 and | ) |
| | ) |
| WYETH | ) |
| 5 Giraldi Farms | ) |
| Madison, NJ 07940 | ) |
| | ) |
|                 Defendants. | ) |

## WYETH'S FINANCIAL DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Wyeth respectfully submits this Financial Disclosure Statement.  Wyeth does not have a parent corporation.  No publicly held corporation owns ten percent (10%) or more of Wyeth's stock.

Dated:  November 30, 2007            Respectfully submitted,

                          WILLIAMS & CONNOLLY LLP

                          By:    /s/ F. Lane Heard, III
                              F. Lane Heard, III

                          725 Twelfth Street, NW
                          Washington, DC  20005
                          Tel:  (202) 434-5000
                          Fax:  (202) 434-5029

                          *Attorneys for Defendant Wyeth*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2007 a true copy of Wyeth's Financial Disclosure Statement was served by U.S. First Class Mail, postage prepaid, to the following:

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES, PA
1320 19th Street, NW
Suite 500
Washington, DC  20036

*Attorneys for Plaintiffs*

Sidney G. Leech
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
Suite 2000
Baltimore, MD  21202

*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert
DRINKER BIDDLE & REATH
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

*Attorneys for Pharmacia and Upjohn Company*

John F. Anderson
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, Virginia  22102

*Attorneys for Dart Industries, Inc.*

Christopher J. Garvey
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022

*Attorneys for Premo Pharmaceutical Laboratories, Inc.*

James J. Dillon
FOLEY HOAG LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600

*Attorneys for Eli Lilly Company*

Lawrence Hedrick Martin
FOLEY HOAG LLP
1875 K Street, NW, Suite 800
Washington, DC  20006

*Attorneys for Eli Lilly and Company*

   __/s/_ F. Lane Heard III_____
   F. Lane Heard III