**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MELISSA LEVINE SUMMERS et al.** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**ELI LILLY AND COMPANY et al.** )<br>)<br>**Defendants.** ) | **Case No. 1:07-cv-02142-RWR** |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of F. Lane Heard, III as counsel of record for defendant Wyeth.

Dated:  December 1, 2007.                Respectfully submitted,

                                By:    /s/  F. Lane Heard III
                                    F. Lane Heard, III (DC Bar No. 291724)

                                    WILLIAMS & CONNOLLY LLP
                                    725 Twelfth Street, NW
                                    Washington, DC  20005
                                    Tel:  (202) 434-5000
                                    Fax:  (202) 434-5029

                                *Attorneys for Defendant Wyeth*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2007 a true copy of Wyeth's Entry of Appearance was electronically filed with the Clerk of Court using the CM/ECF system and was served by U.S. First Class Mail, postage prepaid, to the following:

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES, PA
1320 19th Street, NW
Suite 500
Washington, DC  20036

*Attorneys for Plaintiffs*

Sidney G. Leech
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
Suite 2000
Baltimore, MD  21202

*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert
DRINKER BIDDLE & REATH
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

*Attorneys for Pharmacia and Upjohn Company*

John F. Anderson
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, Virginia  22102

*Attorneys for Dart Industries, Inc.*

Christopher J. Garvey
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022

*Attorneys for Premo Pharmaceutical Laboratories, Inc.*

James J. Dillon
FOLEY HOAG LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600

*Attorneys for Eli Lilly Company*

Lawrence Hedrick Martin
FOLEY HOAG LLP
1875 K Street, NW, Suite 800
Washington, DC  20006

*Attorneys for Eli Lilly and Company*

  _/s/  F. Lane Heard III_____
  F. Lane Heard, III