## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MELISSA LEVINE-SUMMERS *
 and HERBERT SUMMERS
                                            *
    Plaintiffs
                                            *    Case No. 07 CV 02142(RWR)
v.
                                            *
ELI LILLY & CO., et. al.
                                            *
    Defendants
                                            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEARANCE

Please enter the appearance of Janet K. Coleman on behalf of SmithKline Beecham Corporation, d/b/a GlaxoSmithKline.

                                Respectfully submitted,


                                 /s/ Janet K. Coleman
                                Janet K. Coleman (497902)
                                WHITNEY & BOGRIS, LLP
                                401 Washington Avenue
                                12th Floor
                                Towson, MD  21204
                                (410) 583-8000
                                **Attorneys for GLAXOSMITHKLINE**