UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELISSA LEVINE SUMMERS and HERBERT SUMMERS,

           Plaintiffs,

v.

ELI LILLY AND COMPANY, et al.,

           Defendants.

Civil Action No. 07-cv-2142 (RWR)

## RULE 7.1 DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Premo Pharmaceutical Laboratories, Inc., certify that to the best of my knowledge and belief, Premo has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for Recusal.

Dated:   Washington, D.C.
            December 6, 2007

                                Respectfully submitted,

                                By:  /s/ Sarah Keast
                                Sarah Keast (Bar # 484262)
                                GOODWIN PROCTER LLP
                                901 New York Avenue, N.W.
                                Washington, D.C. 20001
                                Telephone: (202) 346-4000
                                Facsimile: (202) 346-4444
                                Skeast@goodwinprocter.com
                                *Attorneys for Defendant*
                                *Premo Pharmaceutical Laboratories, Inc.*

-2-

        Of Counsel:
        Christopher Garvey, Esq.
        Jordan D. Weiss, Esq.
        GOODWIN PROCTER LLP
        599 Lexington Avenue
        New York, New York 10022
        Telephone (212) 813-8800
        Facsimile (212) 355-3333
        Cgarvey@goodwinprocter.com
        JWeiss@goodwinprocter.com

LIBNY/4653214.1

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, I caused to be served by electronic means, via the Court's ECF system, the Answer, on all counsel registered to receive electronic notices. I also certify that I have caused copies of the aforementioned documents to be served via Federal Express upon the non-CM/ECF participants:

*See Service List*

Dated: December 6, 2007
       Washington, D.C.

                                                /s/
                                          Sarah S. Keast

SERVICE LIST

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, PA
1320 19th Street, NW, Suite 500
Washington, DC 20036
*Attorneys for Plaintiff*

Janet Coleman
Whitney & Bogris, LLP
401 Washington Avenue
12th Floor
Towson, MD 21204
Attorneys for Defendants
*S.E. Massengill, n/k/a Glaxosmithkline Inc.*

John Anderson
Troutman Sanders LLP
1660 International Drive
Suite 600
McLean, VA 22102
Attorneys for Defendant
*Dart Industries, Inc., p/k/a Rexall Drug Company, Inc.*

F. Lane Heard, III
Williams & Connelly LLP
725 Twelve Street, N.W.
Washington, D.C. 20005
Attorneys for Defendants
*Wyeth*

John Chadwick Coots
Shook, Hardy & Bacon LLP
600 14th Street, NW
Suite 800
Washington, DC 20005
Attorneys for Defendant
*Eli Lilly & Company*

Sidney G. Leech
Goodell, Devries, Leech & Dann LLP
One South Street
Suite 2000
Baltimore, MD 21202
Attorneys for Defendant
*E.R. Squibb & Sons, Inc.*

Elizabeth Ewert
Drinker Biddle LLP
1500 K Street, NW
Washington, DC 20005
Attorneys for Defendants
*The Upjohn Company,*