IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MELISSA LEVINE-SUMMERS,** *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | Case No. 1:07CV02142 (RWR) |
| v. | ) | |
| | ) | |
| **ELI LILLY AND COMPANY,** *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Elizabeth Ewert and Michael J. McManus as counsel in this case for Defendant Pharmacia & Upjohn Company LLC.

I certify that the above-named counsel are admitted to practice in this court.

Respectfully submitted,

By: /s/Elizabeth Ewert
Elizabeth Ewert (#479368)
Michael J. McManus (#262832)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
Telecopier: 202/842-8465

*Attorneys for Pharmacia & Upjohn Company LLC*

Dated: December 7, 2007

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2007, a copy of the above and foregoing **Notice of Appearance** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert