IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELISSA LEVINE-SUMMERS**, *et al.*,     ) <br> ) <br> *Plaintiffs*,     ) <br> ) <br> **v.**     ) <br> ) <br> **ELI LILLY AND COMPANY**, *et al.*,     ) <br> ) <br> *Defendants*.     ) | Case No. 1:07CV02142 (RWR) |

**DEFENDANT PHARMACIA & UPJOHN COMPANY LLC'S**
**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES**

I, the undersigned, counsel of record for Defendant Pharmacia & Upjohn Company LLC f/k/a Pharmacia & Upjohn Company f/k/a The Upjohn Company ("Upjohn"), certify that to the best of my knowledge and belief, Upjohn has the following parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public:

- Pharmacia & Upjohn
- Pharmacia Corporation
- Pfizer, Inc.

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

By:  /s/ Elizabeth Ewert
     Elizabeth Ewert (#479368)
     DRINKER BIDDLE & REATH LLP
     1500 K Street, N.W., Suite 1100
     Washington, D.C. 20005-1209
     Telephone: 202/842-8800
     Telecopier: 202/842-8465

*Attorneys for Pharmacia & Upjohn Company LLC*

Dated: December 7, 2007

-2-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2007, a copy of the above and foregoing **Defendant Pharmacia & Upjohn Company LLC's Certificate Required by LCvR 7.1 of the Local Rules** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert