UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA LEVINE-SUMMERS, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:07cv02142 |
| ) | |
| v. ) | Judge Richard Roberts |
| ) | |
| ELI LILLY AND COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Pursuant to L.Cv.R. 83.6, please enter the appearance of Elizabeth A. Billingsley (D.C. Bar No. 501226) with the firm of Troutman Sanders LLP, 1660 International Drive, Suite 600, McLean, Virginia 22102, and telephone number (703) 734-4334 as counsel for defendant Dart Industries, Inc.

DART INDUSTRIES, INC.
By Counsel

TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
(703) 734-4334

By:   /s/ Elizabeth A. Billingsley
   Elizabeth A. Billingsley
   Elizabeth.Billingsley@troutmansanders.com
   (D.C. Bar No. 501226)


OF COUNSEL

Sheila AnnMarie Moeller
Gilbride, Tusa, Last & Spellane LLC
31 Brookside Drive
Greenwich, CT 06836
(203) 622-9360