AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Melissa Levine-Summers

   Plaintiff(s)     ) **APPEARANCE**

vs.          ) CASE NUMBER 1:07-CV-2142RWR
Eli Lilly and Company

   Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Grant A. Geyerman  as counsel in this
          (Attorney's Name)

case for:  Wyeth
    (Name of party or parties)

2/11/2008
Date

Signature

Grant A. Geyerman
Print Name

D.D.C. Bar No. 502051
BAR IDENTIFICATION

Williams & Connolly, 725 12th St., NW
Address

Washington, DC   20005
City   State   Zip Code

(202) 434-5833
Phone Number