UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MELISSA LEVINE-SUMMERS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:07cv02142 |
| | ) | |
| v. | ) | Judge Richard Roberts |
| | ) | |
| ELI LILLY AND COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Pursuant to L.Cv.R. 83.6, please enter the appearance of Craig C. Reilly (D.C. Bar No. 383594) with the firm of Richards McGettigan Reilly & West, P.C., 1725 Duke Street, Suite 600, Alexandria, Virginia 22314, and telephone number (703) 549-5353, as counsel for defendant Dart Industries, Inc.

DART INDUSTRIES, INC.
By Counsel

By: /s/ Craig C. Reilly
Craig C. Reilly (D.C. Bar # 383594)
RICHARDS McGETTIGAN REILLY
 & WEST, P.C.
1725 Duke Street, Suite 600
Alexandria, VA 22312
(703) 549-5353

OF COUNSEL

Sheila AnnMarie Moeller
Gilbride, Tusa, Last & Spellane LLC
31 Brookside Drive
Greenwich, CT 06836
(203) 622-9360