UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------X
:
MELISSA LEVINE-SUMMERS and :
HERBERT SUMMERS :
: Civil Action No. 07-02142-(RWR)
Plaintiffs, :
:
v. :
:
ELI LILLY AND COMPANY, et al. :
:
Defendants. :
:
------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PREMO PHARMACEUTICAL LABORATORIES, INC.

The parties, Plaintiffs, Melissa Levine-Summers and Herbert Summers, through their undersigned counsel, Steven J. Lewis of Aaron M. Levine & Associates, and Defendant, Premo Pharmaceutical Laboratories, Inc., by its undersigned counsel, Sarah S. Keast, of Goodwin Procter LLP, hereby stipulate that Plaintiffs' claims against Premo Pharmaceutical Laboratories, Inc., <u>only</u>, may and shall be dismissed with prejudice, with each party bearing their own costs, expenses, and attorney's fees.

Respectfully submitted,

**/s/ Steven J. Lewis (by permission)**
Steven J. Lewis (Bar # 472564)
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040
*Attorneys for Plaintiffs*
*Melissa and Herbert Summers*

Sarah S. Keast (Bar # 493632)
Goodwin Procter LLP
901 New York Ave., NW
Washington, D.C. 20001
(202) 346-4109
*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2008, a copy of the above and foregoing has been duly served upon counsel of record via ECF or first class U.S. Mail, postage pre-paid, to the following:

    Aaron M. Levine, Esq.
    Brandon J. Levine, Esq.
    Renee L. Robinson-Meyer, Esq.
    Steven J. Lewis, Esq.
    Benjamin J. Copper, Esq.
    Aaron M. Levine & Associates, PA
    1320 19th Street, NW, Suite 500
    Washington, DC 20036
    *Attorneys for Plaintiff*

    John Chadwick Coots, Esq.
    Judith O'Grady, Esq.
    Michelle Mangrum, Esq.
    Shook, Hardy & Bacon LLP
    600 14th Street, NW
    Suite 800
    Washington, DC 20005
    Attorneys for Defendant
    *Eli Lilly & Company*

    Sidney G. Leech, Esq.
    Goodell, Devries, Leech & Dann LLP
    One South Street
    Suite 2000
    Baltimore, MD 21202
    Attorney for Defendant
    *E.R. Squibb & Sons, Inc.*

    Craig C. Reilly, Esq.
    Richards McGettigan Reilly & West, P.C.
    1725 Duke Street, Suite 600
    Alexandria, VA 22312
    Attorney for Defendant
    *Dart Industries, Inc., p/k/a*
    *Rexall Drug Company, Inc.*

Elizabeth Ewert, Esq.
Drinker Biddle LLP
1500 K Street, NW
Washington, DC 20005
Attorney for Defendant
*The Upjohn Company*

F. Lane Heard, III
Williams & Connolly LLP
725 Twelve Street, N.W.
Washington, D.C. 20005
Attorney for Defendant
*Wyeth*

_____
Sarah S. Keast