UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA LEVINE-SUMMERS, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:07cv02142 (RWR) |
| ) | |
| v. ) | |
| ) | |
| ELI LILLY AND COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

### STIPULATED ORDER OF DIMISSAL FOR
### DART INDUSTRIES, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of the plaintiffs, Melissa Levine Summers and Herbert Summers, and defendant Dart Industries, Inc. (formerly known as Rexall Drug Company), that the above-entitled action be dismissed with prejudice as against Dart Industries, Inc. and without costs to any party hereto as against the other.

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| /s/ Aaron M. Levine | /s/ Craig C. Reilly |
| Aaron M. Levine | Craig C. Reilly |
| D.C. Bar # 7864 | D.C. Bar # 383594 |
| AARON M. LEVINE & ASSOCIATES | RICHARDS McGETTIGAN |
| 1320 19th Street, N.W. | REILLY & WEST, P.C. |
| Suite 500 | 1725 Duke Street, Suite 600 |
| Washington, D.C. 20036 | Alexandria, VA 22312 |
| (202) 833-8040 | (703) 549-5353 |
| *Counsel for plaintiffs* | *Counsel for defendant* |
| | *Dart Industries, Inc.* |