UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MELISSA LEVINE SUMMERS and HERBERT SUMMERS | * * | |
| Plaintiffs, | * | Civil Action No. 07-02142 (RWR) |
| v. | * | |
| ELI LILLY AND COMPANY, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL OF GLAXOSMITHKLINE

Plaintiffs Melissa Levine Summers and Herbert Summers, and GlaxoSmithKline ("GSK"), one of the defendants, by their respective undersigned counsel, hereby stipulate that the Complaint filed by Melissa Levine Summers and Herbert Summers against GSK is dismissed with prejudice as to GSK and without costs to either party.

| | |
|---|---|
| /s/Janet K. Coleman | /s/ Steven J. Lewis |
| Janet K. Coleman | Steven J. Lewis |
| WHITNEY & BOGRIS, LLP | Aaron M. Levine & Associates, P.A. |
| 401 Washington Avenue | 1320 19th Street., N.W., Suite 500 |
| Towson, MD 21204 | Washington, D.C. 20036 |
| | |
| **Attorneys for SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE** | **Attorneys for Plaintiffs** |