IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEVINE-SUMMERS, *et al.*,

           Plaintiffs,

v.

ELI LILLY AND CO., *et al.*,

           Defendants.

CASE NO. 1:07-cv-02142-RWR

## STIPULATION OF DISMISSAL
## WITH PREJUDICE OF DEFENDANT WYETH

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs Melissa Levine-Summers and Herbert Summers hereby dismiss all claims, with prejudice, in the above-referenced action as to defendant Wyeth and without costs to any party. All rights of appeal are hereby waived.

By their attorneys,

/s/ Aaron M. Levine
Aaron M. Levine
Steven J. Lewis

**AARON M. LEVINE & ASSOCIATES**
1320 Nineteenth Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040

*Attorneys for Plaintiffs Melissa Levine-Summers and Herbert Summers*

By its attorneys,

/s/ Constance T. Forkner
Constance T. Forkner

**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

*Attorneys for Defendant Wyeth*

DATED: July 22, 2008

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 22, 2008, a true copy of the foregoing Stipulation of Dismissal With Prejudice of Defendant Wyeth was electronically filed with the Clerk of Court using the CM/ECF system, and through this system's automatic electronic notification, served upon the following:

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES, PA
1320 19th Street, NW
Suite 500
Washington, DC  20036

*Attorneys for Plaintiffs*

Sidney G. Leech
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
Suite 2000
Baltimore, MD  21202

*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert
DRINKER BIDDLE & REATH
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

*Attorneys for Pharmacia and Upjohn Company*

John F. Anderson
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, Virginia  22102

*Attorneys for Dart Industries, Inc.*

Christopher J. Garvey
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022

*Attorneys for Premo Pharmaceutical Laboratories, Inc.*

James J. Dillon
FOLEY HOAG LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600

*Attorneys for Eli Lilly Company*

Lawrence Hedrick Martin
FOLEY HOAG LLP
1875 K Street, NW, Suite 800
Washington, DC  20006

*Attorneys for Eli Lilly and Company*

/s/ Constance T. Forkner
Constance T. Forkner