## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MELISSA SUMMERS, et. vir.          *

      Plaintiffs          *

                              Civil Action No.: 07-CV-2142

v.          *          (RWR)

ELI LILLY & COMPANY, et al.          *

      Defendants          *

      *    *    *    *    *    *    *    *    *

## DEFENDANT'S 26(b)(4) STATEMENT

Bristol-Myers Squibb Company, one of the Defendants, by its attorneys, Sidney G. Leech, Malcolm S. Brisker and Goodell, DeVries, Leech & Dann, LLP, submits, pursuant to this Court's Scheduling Order, the statements of the following experts who may be called as witnesses at the trial of this case:

    1.      Stephen G. Somkuti, M.D., Ph.D.
            1245 Highland Avenue, Suite 404
            Abington, Pennsylvania 19001-3775

Dr. Somkuti is Associate Professor in the Department of Obstetrics and Gynecology and Reproductive Sciences at Temple University School of Medicine. Dr. Somkuti is Director of the Toll Center for Reproductive Sciences and Clinical Assistant Professor of Obstetrics & Gynecology at Jefferson Medical College. Dr. Somkuti also maintains a private practice of Obstetrics and Gynecology and of Reproductive Endocrinology with Abington Reproductive Medicine, P.C.

Dr. Somkuti is an expert in the field of Obstetrics, Gynecology, and Reproductive Endocrinology. Dr. Somkuti is a Board-Certified Obstetrician and Gynecologist, with

subspecialties certified in Reproductive Endocrinology, with over thirteen years of experience, having treated thousands of patients with infertility, including those with DES exposure. Dr. Somkuti has lectured extensively on recurrent miscarriage, and has recently authored a review textbook on obstetrics and gynecology.

Dr. Somkuti is currently in the process of reviewing the medical records and hospital records and discovery responses concerning the Plaintiff's alleged exposure to DES *in utero*. When Dr. Somkuti finishes his review of those records, he will provide his report concerning his findings.

A copy of Dr. Somkuti's curriculum vitae is attached as "Exhibit A" and is incorporated herein.

    2.    Leonard J. Lerner, Ph.D.
          Department of Biochemistry & Molecular Pharmacology
          Jefferson Medical College
          Thomas Jefferson University
          1020 Locust Street
          Philadelphia, Pennsylvania 19107

Dr. Lerner is an expert in the field of Pharmacology and Reproductive Endocrinology and has been engaged in the investigation and research of drugs and chemical agents that may be ingested by women during pregnancy. Dr. Lerner has spent his entire career studying, researching, and teaching about the relationship between sex hormones such as estrogen, including Diethylstilbestrol (DES), cancer, and reproduction. Dr. Lerner has reviewed the literature as to the state-of-the-art, safety and efficacy of DES, and will testify that Bristol-Myers Squibb Company, or its predecessors had insufficient information as to the dangers of the teratological effects of synthetic estrogen ingested by pregnant women. Dr. Lerner is expected to testify generally about the principals of public health, clinical pharmacology, reproductive endocrinology, as they

2

relate to the considerations of the safety and efficacy of DES. Dr. Lerner will testify that Bristol-Myers Squibb Company or its predecessor was reasonable and acted in accordance with the industry, clinical, and epidemiological practices in the manner in which it responded to the adverse events that were reported to be associated with the drug.

Dr. Lerner may also testify in rebuttal to the testimony of Plaintiffs' experts. Dr. Lerner's curriculum vitae is attached hereto as "Exhibit B" and is incorporated herein.

3.    This Defendant reserves its right to call Edith Potter, M.D. (deceased) (by deposition or videotaped deposition).

4.    This Defendant reserves its right to call Theodore G. Klumpp, M.D. (deceased) (by deposition or videotaped deposition).

5.    This Defendant reserves its right to call Don Carlos Hines, M.D. (deceased) (by deposition or videotaped deposition).

6.    This Defendant reserves its right to offer the opinions of any fact or "hybrid" fact/expert witnesses, on any matter within their area of expertise, including all of the examining or treating physicians of the Plaintiff, Melissa Levine-Summers, and this Defendant's employees or former employees and company consultants.

7.    The aforementioned expert opinions may be amended and/or supplemented as discovery progresses. Since none of Plaintiffs' experts yet have been deposed in the above-captioned case, this designation is preliminary. This designation will be supplemented, as necessary, after the depositions of Plaintiffs' and Plaintiffs' experts have been completed and all other discovery and investigation has been completed in the above-captioned case.

/s/_____

Sidney G. Leech
D.C. Bar No. 359071
Malcolm S. Brisker
D.C. Bar No. 472101
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
sgl@gdldlaw.com.
*Attorneys for Defendant,*
*Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of August, 2008, a copy of Bristol-Myers Squibb Company's 26(b)(4) Statement was filed electronically and mailed via first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036; *Attorney for Plaintiffs*

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Ericka J. Kleiman, Esquire
Shook Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C.  20005-2004

Jonathan Gregor, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri  64109; *Attorneys for Defendant Eli Lilly & Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C.  20005-1209; *Attorneys for Pharmacia and Upjohn Company*

F. Lane Heard, III, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C.  20005; *Attorneys for Wyeth*

/s/_____
Sidney G. Leech

# EXHIBIT A

CURRICULUM VITAE

NAME                Stephen G. Somkuti, M.D., Ph.D., F.A.C.O.G.

ADDRESS             Abington Reproductive Medicine, P.C.
                    Division of Reproductive Medicine
                    Department of Obstetrics and Gynecology
                    1245 Highland Avenue Suite 404
                    Abington, PA 19001
                    (215) 887-2010 or 4061      Fax (215) 887-3291
                    Email: ssomkuti@abington-repromed.com or nyuszogo@aol.com

MARITAL STATUS         Married: Andrea Katalin  Children: Livia and Michael

PRESENT ACADEMIC AND HOSPITAL APPOINTMENTS

   1995      Attending Physician, Division of Reproductive Endocrinology
             Department of Obstetrics and Gynecology, Abington Memorial Hospital,
             Abington, PA
   1995      Attending Physician, Department of Obstetrics and Gynecology,
             Lower Bucks Hospital, Bristol, PA
   1995      Attending Physician, Department of Obstetrics and Gynecology,
             Doylestown Hospital, Doylestown, PA
   1995      Clinical Assistant Professor, Division of Reproductive Endocrinology
             Department of Obstetrics and Gynecology, Jefferson Medical College,
             Philadelphia, PA
   1995      Visiting Scientist, Department of Biology, Lehigh University,
             Bethlehem, PA
   1996      Associate Professor, Department of Obstetrics and Gynecology and
             Reproductive Sciences, Temple University School of Medicine,
             Philadelphia, PA
   1998      Medical Director, In Vitro Fertilization Program, The Toll Center for
             Reproductive Medicine, Abington Memorial Hospital, Abington, PA
   2003      Attending Physician, Division of Reproductive Endocrinology
             Department of Obstetrics and Gynecology, Albert Einstein Medical
             Center, Philadelphia, PA
   2003      Attending Physician, Division of Reproductive Endocrinology
             Department of Obstetrics and Gynecology, Holy Redeemer Hospital,
             Meadowbrook, PA

## EDUCATION

| | |
|---|---|
| 1982 | B.A./B.A., (Biology/German) Lehigh University, Bethlehem, PA |
| 1986 | Ph.D., (Reproductive Toxicology and Pharmacology) Duke University, Durham, NC |
| 1989 | M.D., University of North Carolina at Chapel Hill, Chapel Hill, NC |
| 1993 | Residency, Obstetrics and Gynecology, Duke University Medical Center, Durham, NC |
| 1995 | Fellowship, Reproductive Endocrinology and Fertility, Memorial Hospital-University of North Carolina at Chapel Hill, Chapel Hill, NC |

## HONORS AND AWARDS

| | |
|---|---|
| 1978 | Freshman Lehigh University Honors |
| 1979 | Baylor College of Medicine Summer Student Program in Cell Biology |
| 1980 | Baylor College of Medicine Summer Student Program in Cell Biology |
| 1981 | Omicron Delta Kappa, (ODK) Leadership Honor Society |
| 1982 | National Institutes of Health Predoctoral Traineeship Award |
| 1985 | Sigma Xi, Scientific Honor Society |
| 1985 | National Institutes of Health Pharmacology Research Associate Award (PRAT) |
| 1986 | Society of Toxicology Predoctoral Award |
| 1986 | Duke University Graduate School Honors |
| 1988 | Society of Toxicology Predoctoral Award |
| 1986 | Recipient of Student Foreign Fellowship for Study Abroad, UNC School of Medicine |
| 1987 | First Place Poster Award at Student Research Day, UNC School of Medicine |
| 1988 | UNC School of Medicine Senior Year Honors |
| 1992 | First Pace Award, Resident Research Day Competition, Duke University OB/GYN |
| 1993 | First Pace Award, North Carolina ACOG Annual Meeting Resident's Research Paper Competition |
| 1994 | Second Prize, District IV ACOG Annual Meeting, Poster Presentation |
| 1999 | "Top Doc" for Women's Health in Infertility, Philadelphia Magazine |
| 2006 | Society for Male Reproductive Urology Travel Award (SMRU) to present poster at Annual ASRM meeting |

## SPECIALTY BOARD CERTIFICATIONS

| | |
|---|---|
| 1996 | Board Certified, American Board of Obstetrics and Gynecology |
| 1998 | Board Certified, American Board of Obstetrics and Gynecology, Subspecialty Reproductive Endocrinology and Infertility |

## LICENSURE

| | |
|---|---|
| 1990 | North Carolina # 39746 issued 9/29/90 |
| 1995 | Commonwealth of Pennsylvania Licensed Physician and Surgeon, # MD-055558-L issued 3/13/95 |

## PREVIOUS ACADEMIC AND HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1982 | Research Associate, Smith Kline and French Laboratories |
| 1986 | Postdoctoral Associate, Duke University Department of Pharmacology |
| 1987 | National Institutes of Environmental Health Sciences (NIEHS) Visiting Scientist |
| 1989-93 | Clinical Instructor, Obstetrics and Gynecology, Duke University |
| 1993-95 | Clinical Instructor, Reproductive Endocrinology, Obstetrics and Gynecology, University of North at Carolina Chapel Hill |

## EDITORIAL ACTIVITIES

| | |
|---|---|
| 1989-94 | Abstract Referee, Society for the Study of Reproduction |
| 1992- | Manuscript Referee, Reproductive Toxicology |
| 1993- | Manuscript Referee, Obstetrics and Gynecology |
| 1995- | Editorial Board, Reproductive Toxicology |
| 1995- | Manuscript Referee, Fertility and Sterility |
| 1999- | Advisory Panel, Obstetrics and Gynecology Management |
| 2004- | Conceive Magazine Editorial Board |
| 2007- | Editor-in-Chief Archives of the Hungarian Medical Society of America |

## PROFESSIONAL ORGANIZATION MEMBERSHIPS AND POSITIONS

| | |
|---|---|
| 1982- | Society of Toxicology |
| 1984- | American Society of Andrology |
| 1986- | North Carolina Medical Society |
| 1986-89 | American Medical Students Association |
| 1987- | Hungarian-American Medical Association |
| 1992- | American Society for Reproductive Medicine |
| 1995- | The Obstetrical Society of Philadelphia |
| 1996- | The Society for Male Reproduction and Urology |
| 1997- | Fellow American College of Obstetricians and Gynecologists, (FACOG) |
| 1998- | The Society for Reproductive Endocrinology and Infertility |
| 1998- | Board of Directors, Hungarian American Medical Association |

2000-    Consultant to the Obstetrics and Gynecology Devices Panel of the Medical Devices Advisory Committee, Center for Devices and Radiological Health, Food and Drug Administration (FDA)

2007-    Board member, Philadelphia Area Reproductive Endocrinology Society (P.A.R.E.S.)

## TEACHING POSITIONS

1989-93    Clinical Instructor, Duke University Medical Center, Medical Students Obstetrics and Gynecology Rotations

1987-95    Lecturer, Duke University, Mammalian Toxicology Course, Graduate Students

1993-95    Clinical Instructor, University of North Carolina at Chapel Hill, Medical Student Core Lecture in Reproductive Biology

1995-    Member, Ph.D. Dissertation Committee, Lehigh University

1995-    Member, Resident Education Committee, Abington Memorial Hospital Residency Program in Obstetrics and Gynecology

RESEARCH GRANTS AND ONGOING STUDIES

| | |
|---|---|
| 1995-97 | American Society for Reproductive Medicine/TAP Pharmaceuticals Research Grant in Reproductive Endocrinology. Growth Factor Regulation of Human Uterine Receptivity Markers in the Peri-implantation Period, $20,000. Principal Investigator: Stephen G. Somkuti, M.D., Ph.D. |
| 1994-96 | American College of Obstetricians and Gynecologists/Ciba Pharmaceutical Company Fellowship for Research in Endocrinology of the Postreproductive Woman. Integrin Expression in Cultured Human Endometrial Epithelium: An in vitro Study Characterizing Markers of Uterine Receptivity, $25,000. Principal Investigator: Stephen G. Somkuti, M.D., Ph.D. |
| 1996 | Serono Laboratories: An open label, multicenter, non-comparative phase 3, outpatient study to assess the safety of recombinant LH (r-LH) for compassionate use in patients undergoing ovulation induction for multiple follicular development for assisted reproductive technologies. |
| 1999- | Participant in multicenter trial, Jefferson Medical College, Division of Reproductive Endocrinology: Multicenter randomized trial of the use of the Insulin sensitizing agent metformin in anovulatory polycystic ovary patients. |
| 1999 | Ferring Pharmaceuticals, Inc. Randomized open label multicenter study evaluating the efficacy of purified FSH in anovulatory and oligoovulatory female patients for ovulation induction. |
| 1999 | Jefferson Medical College, Division of Pediatric Endocrinology, Genetics of Ovarian Failure. |
| 1999- | Lehigh University, Department of Biology. Anti-zonapellucida antibodies in women with premature ovarian failure. |
| 2000-1 | Ferring Pharmaceuticals, Inc. Randomized open label multicenter study evaluating the efficacy of purified FSH in female patients for in vitro fertilization. |
| 2001- | Ferring Pharmaceuticals, Inc. Randomized open label, parallel group, multicenter, efficacy study in anovulatory or oligoovulatory infertile female patients comparing purified Repronex sc, purified repronex im, and repronex sc for ovulation induction. |
| 2001- | A randomized, open label, parallel group, multicenter, efficacy study comparing purified FSH sc and Follistim sc, In female patients undergoing In vitro fertilization (IVF) |
| 2002- | Femme Pharma, Inc. A multicenter, prospective, open-label evaluation of the use of intravaginally administered Danazol on patients with moderate to severe pain associated with endometriosis |

2002-   Organon Pharmaceuticals, Inc. Oral contraceptive pretreatment for scheduling in Follistim/Antagon vs. Follistim/Lupron cycles in patients undergoing in vitro fertilization and Intracytoplasmic sperm injection (ICSI) treatment.

2002-   Biosense Corporation, Inc. An intravaginal devise (Biometer) for use in ovulation prediction and natural family planning.

2004-   Serono Laboratories: A Prospective, randomized, comparative clinical trial with a new formulation of Gonal-f in ovulation induction (OI).

2004-   Femme Pharma, Inc. A randomized, double-blind, placebo-controlled, multicenter evaluation of the use of intravaginally administered Danazol versus placebo in subjects with moderate to severe pain associated with endometriosis

2005-   Ferring Pharmaceuticals. Prospective randomized trial comparing autologous endometrial coculture to convential in vitro fertilization.

2005-   Innovators' Circle AMH Foundation. Cellular markers of differentiation from epithelial to mesenchymal phenotype in endometriosis are reversed by novel inhibitors of inflammatory pathways.

2005-   Organon Pharmaceuticals Inc. Does 200 IU give as consistent a response as 225IU in normal responding IVF/ICSI patients using the Follistim Pen to deliver Follistim AQ?

2006-   Organon "Pilot Study" Development of a long luteal antagonist protocol to increase protocol to increase follicular recruitment.

2006-   Xanodyne Pharmaceuticals, Inc  A randomized, double-blind, placebo controlled, parallel group, multicenter study to evaluate efficacy and safety of 1.3g oral doses of XP12B-MR tid administered during menstruation for the treatment of menorrhagia.

2006-   Wyeth Pharmaceuticals, Inc. A double-blind, placebo-controlled study to evaluate the safety and efficacy of 75mg and 150 mg doses of ERB-041 on the reduction of symptoms associated with endometriosis during treatment and after treatment in reproductive aged women.

2007-   EMD Serono A phase II, multicenter, randomized, assessor blinded, active comparator, dose finding study to evaluate AS900672-enriched versus follitropin alpha (Gonal-f®) in stimulating multiple follicular development in infertile women undergoing assisted reproductive technology (ART).

2007-   Irvine Scientific. Oocyte cryopreservation by vitrification.

2007-   Xanodyne Pharmaceuticals, Inc  A multi-center, open label extension study to
        evaluate the safety of 1.3g oral dose of XP12B-MR tid administered during
        menstruation for the treatment of menorrhagia

## BIOTECHNOLOGY AND PHARMACEUTICAL INDUSTRY CONSULTANCIES

Adeza Biomedical
Biosense Corporation
Cytec Corporation
EMD Serono
Femme Pharma
Ferring Pharmaceuticals
Irvine Scientific
Merck
Organon
Sage
Wyeth
Xanodyne Pharmaceuticals

## LANGUAGES

Hungarian
German

## PUBLICATIONS

### PEER-REVIEWED PAPERS

Somkuti, S.G., Hildebrandt, J.D., Herberg, J.T., and Iyengar, R., (1982). Divalent cation regulation of adenylyl cyclase, an allosteric site on the catalytic component. Journal of Biological Chemistry 257:6387-6393.

Lester, B.R., Sheppard, J.R., Burman, M., Somkuti, S.G., and Stassen, F.L., (1985). Desensitization of LLC-PK1 cells by vasopressin results in receptor down- regulation. Molecular and Cellular Endocrinology 40: 193-204.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV and Abou-Donia, M.B., (1987). Testicular toxicity following oral administration of tri-o-cresyl phosphate (TOCP) in roosters. Toxicology Letters 37:279-290.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV, and Abou-Donia, M.B., (1987). Reproductive tract lesions resulting from sub-chronic administration (63 days) of tri-o-cresyl phosphate in male rats. Toxicol. Appl. Pharmacol. 89:49-63.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV, and Abou-Donia, M.B., (1987). Time course of the TOCP-induced testicular lesion in F344 rats: enzymatic, hormonal, and sperm parameter studies. Toxicol. Appl. Pharmacol. 89:64-72.

Somkuti S.G., Tilson, H.E., Brown, R.E., Campbell, G.A., Lapadula, D.M., and Abou-Donia, M.B. (1988) Lack of delayed neurotoxic effect after tri-o-cresyl phosphate treatment in male Fischer 344 rats: biochemical, neurobehavioral and neuropathological studies. Fundam. Appl. Toxicol. 10, 199-205.

Chapin, R.E., Phelps, J.L., Somkuti, S.G., Heindel, J.H., and Burka, L.T. (1990) The interaction of Sertoli and Leydig cells in the testicular toxicity of tri-o-cresyl phosphate. Toxicol. Appl. Pharmacol. 104:483-495.

Somkuti, S.G. and Abou-Donia, M.B. (1990) Disposition, elimination, and metabolism of tri-o-cresyl phosphate following daily oral administration in Fischer 344 male rats. Arch. Toxicol. 64:572-579.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., and Abou-Donia, M.B. (1991). Light and electron microscopic evidence of tri-o-cresyl phosphate (TOCP)-mediated testicular toxicity in Fischer 344 rats. Toxicol. Appl. Pharmacol. 107:35-46.

Steege, J., Stout, A.L., and Somkuti, S.G. (1991) Chronic Pelvic Pain in Women: toward an integrative model. J. Psychosomatic Obstet. Gynecol. 12: suppl., 3-30.

Somkuti, S.G., Vieta, P.A., Daugherty, J.F., Hartley, L.W., and Blackmon, E.B. (1994) Transvaginal evisceration following hysterectomy in premenopausal women: a presentation of three cases. A.J. Obstet. Gynecol. 171:567-568.

Somkuti, S.G., Sun, J., Yowell, C.W., Fritz, M.A., and Lessey, B.A. (1996) The effect of oral contraceptives on markers of endometrial receptivity. Fertil. Steril. 65:484-488.

Somkuti, S.G., Semelka, R.C., Davenport, M.A., and Fritz, M.A. (1996) Preoperative evaluation of intersex patients with pelvic magnetic resonance imaging in search of Y chromosome-bearing gonadal tissue. Fertil. Steril. 65:1062-1064.

Lessey, B.A., Ilesanmi, A.O., Castelbaum, A.J., Yuan, L., Somkuti, S.G., Satyaswaroop, P.G., and Chwalisz, K. (1996) Characterization of the functional progesterone receptor n a well-differentiated endometrial adenocarcinoma cell line (Ishikawa): Progesterone-induced expression of the alpha 1 integrin. J. Steroid Biochem Mol. Biol. 59:31-39.

Castelbaum, A.J., Ying, L., Somkuti, S.G., Sun, J., Ilesanmi, A.O., and Lessey, B.A. (1997) Characterization of integrin expression in a well differentiated endometrial adenocarcinoma cell line (Ishikawa). J Clin Endocrinol Metab 82: 136-142.

Somkuti, S.G., Yuan, Y., Fritz, M.A., and Lessey, B.A. (1997) Epidermal growth factor and sex steroids dynamically regulate a marker of endometrial receptivity in Ishikawa cells. J Clin Endocrinol Metab 82: 2192-2197.

Meyer, W.R., Castelbaum, A.J., Somkuti, S.G., Sagoskin, A.W., Doyle, M., Harris, J.E., and Lessey, B.A. (1997) Hydrosalpinges adversely affect markers of endometrial receptivity. Human Reprod. 12: 1393-1398.

Lessey, B.A., Somkuti, S.G., Castelbaum, A.J., Young, S.L., Wolf, L., and Fritz, M.A. (1998) Improvement on pregnancy rates with GnRH agonist in women with infertility, minimal, or mild endometriosis and aberrant $\alpha v \beta 3$ expression. Fertil. Steril. Submitted

Meyer, W.B., Beyler, S., Baker, T., Somkuti, S., Lowden, D., and Grainger, D. (1999) The value of post hCG estradiol in predicting pregnancy in assisted reproductive technologies. Fert Steril . submitted

Somkuti, S.G., Wachtel, S., Schinfeld, J., Jackson, L, Therapel, A. T., and DiGeorge, A. (2000) Monozygotic twins with discordant sex phenotype. Fert Steril 74:1254-6.

Wachtel, S.S., Somkuti, S.G., and Schinfeld, J.S. (2000) Monozygotic twins of opposite sex Cytogenet Cell Genet 91: 293-295

Estes, S.J., Laky, D.C., Hoover, L.M., Smith, S.E., Schinfeld, J.S., and Somkuti, S.G. (2003) Successful pregnancy resulting from cryopreserved pronuclear and cleaved embryos thawed and cultured to blastocysts, refrozen and transferred. J. Reprod Med 48:46-48.

Estes, S.J., Hoover, L.M., Smith, S.E., Somkuti, S.G., Schinfeld, J.S., and. Barmat, L.I. (2003) Comparison of pregnancy, implantation, and multiple gestation rates for day 3 versus day 5 embryo transfers. J. Asst. Reprod Genetics 20:409-413.

Keye, W. R. Jr, Webster B., Dickey, R., Somkuti, S., Crain, J., and Scobey, M. J.  (2005) Subcutaneously Administered Menopur(R), A New Highly Purified Human Menopausal Gonadotropin Causes Significantly Fewer Injection Site Reactions Than Repronex(R) in Subjects Undergoing In Vitro Fertilization J. Reproductive Biology and Endocrinology 3:62

Mateus, J., Pezzi, C, and Somkuti S.G. (2006) Recognition and prevention of Gastric Injury During Gynecologic Laparoscopy. Ob Gynecol 108:804.

Somkuti, S., Schertz, J., Moore, M., Ferrande, L., and Kelly, E. (2006) Patient experience with follitropin alpha prefilled pen versus previously used injectable gonadotropins for ovulation induction in oligoovulatory women. Current Medical Research and Opinion. 22(10):1981-1996

Moragianni, V. A. and Somkuti, S.G. (2007) Profound hypothyroidism induced acute menorrhagia resulting in profound life-threatening anemia. Ob Gynecol 110:1-3.

Thur, M., Smith, S., Somkuti S.G., Schinfeld, J., and Barmat L. (2007) From Chromosomes to Clinical Practice: Preimplantation Genetic Diagnosis- Aneuploidy Screening in IVF  (in progress)

PEER-REVIEWED ABSTRACTS

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV, and Abou-Donia, M.B., (1986) Testicular toxicity of tri-o-cresyl phosphate in Fisher 344 rats. The Toxicologist. 6, 29-P.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV, and Abou-Donia, M.B., (1986).   The morphogenesis and ultrastructural development of the tri-o-cresyl phosphate induced testicular lesion in Fisher 344 rats. The Toxicologist 6, 290.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV, and Abou-Donia, M.B., (1986).   The spectrum of tri-o-cresyl phosphate's effects on the male reproductive system: effects on multiple cell types. J. Andrology 7, 30-P.

Somkuti, S.G., Chapin, R.E., Lapadula, D.M., Othman, M.A., and Abou-Donia, M.B. (1988)    The metabolism of tri-o-cresyl phosphate (TOCP) by rat testis. The Toxicologist  8,118.

Chapin, R.E., Somkuti, S.G., Phelps, J.L., Heindel, J.J., Lapadula, D.M., and Abou-Donia, M.B. (1988) The effects of saligenin cyclic-o-tolyl phosphate (SCOTP) on primary sertoli cell cultures. The Toxicologist 8, 13.

Somkuti, S.G., Chapin, R.E., Lapadula, D.M., Othman, M.A., Heindel, J.J., and Abou-Donia, M.B. (1988) Metabolic activation of a reproductive toxicant by the testis: in vivo and in vitro studies. J. Andrology 9, 29-P.

Lei, Y., Castelbaum, A.J., Yowell, C.W., Somkuti, S.G., and Lessey, B.A. (1994) Characterization of integrin subunits in a hormone-responsive endometrial carcinoma cell line. 76th Annual Meeting of the Endocrine Society June 15-18, Anaheim, CA. Abstract # 197, p.250.

Somkuti, S.G., Heindel, J.J., and Chapin, R.E. (1994) Between in vivo and in vitro: Stage specific seminiferous tubules as a tool in mechanistic reproductive toxicology studies. J. Andrology 15,    69-P.

Somkuti, S.G., Yowell, C.W., and Lessey, B.A. (1994) The effect of oral contraceptives on markers of uterine receptivity. 50th Annual Meeting of the American Fertility Society November 5-10, San Antonio, TX Abstract # O-139, p. S68.

Somkuti, S.G., Yowell, C.W., Lei, Y., and Lessey, B.A. (1995) Epidermal growth factor and human uterine receptivity: regulation of the avb3 integrin vitronectin receptor. J. Soc. Gynecol. Invest. 2, O120.

Lessey, B.A., Castelbaum, A.J., Bellardo, L., Shell, K., Sun, J., and Somkuti, S.G. (1995) Defective endometrial receptivity: an under-appreciated cause of idiopathic recurrent pregnancy loss. 51rst Annual Meeting of the American Fertility Society October 7-12, Seattle, WA Abstract # P-054, p. S26.

Meyer, W.B., Novotny, D.B., Wolf, L.J., Somkuti, S.G., Lessey, B.A. And Fritz, M.A. (1996) Effects of controlled ovarian hyperstimulation on endometrial maturation in oocyte donors. J. Soc. Gynecol. Invest. 3, P...

Lessey, B.A., Castelbaum, A.J., Somkuti, S.G., Harris, J., Sun, J., Young, S.L., and Wolf, L. (1996) Improvement on pregnancy rates with GnRH agonist in women with infertility, minimal, or mild endometriosis and aberrant $\alpha v \beta 3$ expression. 52nd Annual Meeting of the American Fertility Society November 2-6, Boston, MA Abstract # O-165, p. S82.

Meyer, W.B., Beyler, S., Baker, T., Somkuti, S., Lowden, D., and Grainger, D. (1998) The value of post hCG estradiol in predicting pregnancy in assisted reproductive technologies. 54th Annual Meeting of the American Fertility Society October 4-9, San Francisco, CA Abstract # P-089, p. S154.

Wachtel, S., Somkuti, S.G., Jackson, L, DiGeorge, A., Senzon, S., and Schinfeld, J. (1998) Monozygotic twins of opposite sex. Annual Meeting of the American Society of Genetics, Denver, CO.

Yudis, M., Ghantous, V., Sirota, R., Stein, H., Snipes, E., Gronich, J., Collins, D., Schinfeld, J., and Somkuti, S. (2000) Peritoneal drainage for refractory ascites and oliguric acute renal failure secondary to ovarian hyperstimulation syndrome- a probable abdominal compartment syndrome. Annual Meeting of the American Society of Nephrology JSAN 11:136A.

Marshall, D.C., Webster, B.B., Najmabadi, S., Dickey, R.P., Crain, J.L., Somkuti, S.G., Magarelli, P., Elkind-Hirsch, K., and Steinkampf, M.J. (2002) Highly Purified (HP) Repronex SC and HP-Repronex IM are as effective as Repronex SC in a prospective randomized clinical trial evaluating controlled ovarian hyperstimulation (COH) in patients undergoing in vitro fertilization (IVF). Fert Steril 77(4):suppl 3 S15.

Saltz-Greco, S., Schinfeld, J., Somkuti, S., Smith, S. and Barmat, L. (2004) Seasonality of spontaneous and IVF pregnancy rates, and temperature/humidity effect in IVF. Fert Steril 82:suppl 2 S195.

Barmat, L., Somkuti, S., Schinfeld, J., Hoover, L., Wikarczuk, M., and Smith, S. (2005) Prospective randomized Trial of Autologous Endometrial Coculture versus traditional IVF. Fert Steril 84:suppl 1 S82.

Barmat, L., Somkuti, S., Schinfeld, J., Hoover, L., Wikarczuk, M., and Smith, S. (2005) Preembryo Development on Autologous Endometrial Coculture (AECC) versus conventional Media. Fert Steril 84:suppl 1 S243.

L. Barmat, S. Somkuti, J. Schinfeld, M. Wikarczuk, and S. Smith. (2006) Prospective Randomized Trial of Autologous Endometrial Coculture Versus Traditional IVF: An Interim Analysis Fert Steril 86:suppl.

Kattal, N., Cohen, J.D., Somkuti, S.G., Schinfeld, J.S., Smith, S., and Barmat, L. (2006) Embryo transfer: variables affecting success Fert Steril 86:suppl.

Kattal, N., Schinfeld, J.S., Meyers, K., Barmat, L. and Somkuti, S.G. (2006) Characterization of Human Semen Electrical Resistance (ER) using the Fertilitrac[©] ovulation predictor device. Fert Steril 86:suppl.

Lazarevic, L., Wikarczuk, M., Somkuti S.G., Barmat, L.I., Schinfeld, J.S., and Smith S. (2007) Hyaluronan binding assay (HBA) versus sperm penetration assay (SPA). Can HBA replace the use of SPA test in male partner screening before in vitro fertilization? Fert Steril 88:suppl. 1 S376.

BOOK CHAPTERS, REVIEWS, and LETTERS

Steege, J.F., Stout, A.L., and Somkuti, S.G. (1993) Chronic Pelvic Pain in Women: Toward an integrative model. Obstet. Gynecol. Survey 48(2): 95-110.

Somkuti, S.G. (1993) Part I. Contraception: New Progestins. Curr. Pract. Obstet. Gynecol. 13(4):2.

Somkuti, S.G. (1994) Part II. Contraception: New Progestin Delivery Systems. Curr. Pract. Obstet. Gynecol. 14(1):6.

Meyer, W. F. and Somkuti. S.G. (1994) Galactose and Ovarian Physiology. Seminars in Reproductive Endocrinology 12(2):85-89.

Somkuti, S.G. (1995) Environmental and Behavioral Factors Associated with Decreased Female Fertility. Infertility and Reproductive Medicine Clinics of North America 6(1): 77-93.

Somkuti, S.G. and Lessey, B.L. (1995) Advances in the Assessment of Endometrial Function. Infertility and Reproductive Medicine Clinics of North America 6(2):303-328.

Somkuti, S.G. And Vieta, P.A. (1995) Reply to the Editors: Transvaginal evisceration following hysterectomy in premenopausal women: a presentation of three cases. A.J. Obstet. Gynecol. 172:1656.

Lessey, B.A., Castelbaum, A.J., Somkuti, S.G., Yuan, L., and Chwalisz, K. (1997) Clinical Significance of Integrin Cell Adhesion Molecules as Markers of Endometrial Receptivity. The Endometrium as a Target for Contraception. Ernst Schering Research Foundation Workshop 18; 193-221.

Somkuti, S.G. Environmental Factors and Infertility (2000) in Making a Baby: Everything You Need to Know to get Pregnant, eds. Bruce, D.L and Thatcher, S. Ballantine Books, NY pp. 102-118.

Somkuti, S.G. editor Pearls of Obstetrics and Gynecology (2001) Boston Medical Publishing Company

Olsen, Martin E. and Somkuti S.G. Pediatric and Adolescent Gynecology in <u>Pearls of Obstetrics and Gynecology</u> (2001) Boston Medical Publishing Company pp.257-263.

Somkuti, S.G. Hyperandrogenism in <u>Pearls of Obstetrics and Gynecology</u> (2001) Boston Medical Publishing Company pp. 425-432.

Tam Tam, H. and Somkuti S. Ectopic Pregnancy; Med-Challenger OB/GYN Women's Health Care Comprehensive Course [computer program]. Challenger Corporation, 2004.

Dombo, K. and Somkuti S. Spontaneous and Recurrent Miscarriage; Med-Challenger OB/GYN Women's Health Care Comprehensive Course [computer program]. Challenger Corporation, 2004.

Somkuti, S.G. editor  <u>Pearls of Obstetrics and Gynecology</u> (2005) Second Edition McGraw Hill

Somkuti, S.G. Hyperandrogenism in <u>Pearls of Obstetrics and Gynecology</u> (2005)

McGraw Hill Olsen, Martin E. and Somkuti S.G. Pediatric and Adolescent Gynecology in <u>Pearls of Obstetrics and Gynecology</u> (2005) McGraw Hill

Somkuti, S.G. editor  <u>Pearls of Obstetrics and Gynecology</u> (2007) Third Edition in progress McGraw Hill

Somkuti, S.G. Hyperandrogenism in <u>Pearls of Obstetrics and Gynecology</u> (2007) in progress McGraw Hill

MEDIA

1998: Wyeth Ayerst Laboratories Promotional video on Crinone 8% Progesterone
         Vaginal Gel use in Assisted Reproductive Technologies

1998: "Medical Answers: Infertility" WNVT-TV Public Broadcasting System 10-11PM
         November 25th, 1998

1999: "Let's Talk Health: Infertility" WPHT 1210AM Radio Talk show March 7, 1999

1999: Channel 3 KYW TV interview on IVF March 30, 1999

1999: KYW 1210 AM Talk Radio interview on IVF April 2, 1999

2003: Philadelphia Inquirer Article "The Bad Gene Stops Here" February 3 issue

2003: Channel 17 WB "The Bad Gene Stops Here" news segment on Preimplantation
         Genetic Diagnosis

2004: Channel 6 WPVI "Ovulation Predictor Devices" interview May 13, 2004

2006: Voice America Internet Radio; Conceive on Air "The Next steps" in infertility
         evaluation radio Talk Show May 31, 2006

2006: Voice America Internet Radio; Conceive on Air "Preimplantation Genetic
         Diagnosis" radio Talk Show December, 2006

INVITED LECTURES

American Hungarian Medical Society Annual Meeting; The Male Reproductive System as a Target of Various Toxicants, Sarasota, October 1987.

American Hungarian Medical Society Annual Meeting; Recent Progress in Infertility Evaluation, Sarasota, October 1990.

American Hungarian Medical Society Annual Meeting; Treatment Approaches to the Patient With Chronic Pelvic Pain, Sarasota, October 1991.

F. Bayard Carter Society of Obstetricians and Gynecologists, 41rst Annual Meeting; Between in vivo and in vitro: stage-specific seminiferous tubule cultures as a tool in mechanistic reproductive toxicology, Charleston, October 1992.

Medical Endocrinology/Pediatric Endocrinology Conference at the University of North Carolina Memorial Hospital; Panhypopituitarism, Chapel Hill, April, 1994.

Nash General Medical Center Department of Obstetrics and Gynecology Grand Rounds; Androgen Insensitivity Syndrome, Rocky Mount, April 1994.

Memorial Mission Hospital Grand Rounds; Androgen Secreting Tumors of the Ovary, Asheville, June 1994.

New Hanover Memorial Hospital, Department of Obstetrics and Gynecology Grand Rounds; Alternatives to Hysterectomy: Update of the recent NIH conference, Wilmington, August 1994.

F. Bayard Carter Society of Obstetricians and Gynecologists, 44th Annual Meeting; Transvaginal Ultrasound Assessment of Uterine Receptivity, Durham, September 1994.

National Institutes of Environmental Health Sciences Reproductive Biology Seminar Series; Characterization of Integrin Expression in Human Endometrium, Research Triangle Park, January 1995.

Maria Parham Hospital Grand Rounds; Endocrine Etiologies of Amenorrhea, Henderson, February 1995

New Hanover Memorial Hospital, Department of Obstetrics and Gynecology Grand Rounds; Hyperprolactinemia, Wilmington, March 1995.

Lehigh University, Department of Molecular Biology Seminar, Integrins as Markers of Uterine Receptivity, March, 1995.

New Hanover Memorial Hospital, Department of Pediatrics Grand Rounds; Precocious Puberty, Wilmington, April 1995.

Jefferson Medical College, Serono Symposia USA, Insights into Infertility: Challenges and Choices, Advanced Reproductive Technologies, March 1996.

Jefferson Medical College, Serono Symposia USA, Insights into Infertility: Challenges and Choices, Ovulation Induction Strategies, March 1997.

Lehigh University, Department of Molecular Biology Seminar, The Diagnostic Dilemma of Identical (monozygotic) Male/Female Twin Siblings, October, 1997.

Jefferson Medical College, Serono Symposia USA, Insights into Infertility: Challenges and Choices, Advances in In Vitro Fertilization, November 1998.

Pennsylvania Hospital, Greater Philadelphia Comprehensive OB/GYN Review Course, Spontaneous Abortion, Recurrent Abortion, and Ectopic Pregnancy, April 10, 1999.

Research Triangle Area Reproductive Endocrinologists, Towards optimizing Blastocyst Development, Chapel Hill, October 1999

University of Florida, Division of Reproductive Endocrinology, Towards optimizing Blastocyst Development, Gainesville, October, 1999

Jefferson Medical College, Assisted Reproductive Technologies Symposium, November 1999.

Pennsylvania Hospital, Greater Philadelphia Comprehensive OB/GYN Review Course, Spontaneous Abortion, Recurrent Abortion, and Ectopic Pregnancy, April 8, 2000.

Chestnut Hill Hospital, Department of Obstetrics and Gynecology Grand Rounds, Advances in ART, Chestnut Hill, May 2001

Pennsylvania Pharmacists Association, The Newest Gonadotropin Therapies, Philadelphia, July, 2002

American Hungarian Medical Society Annual Meeting; Autologous endometrial coculture, Sarasota, October 2003.

American Hungarian Medical Society Annual Meeting; Ovulation Prediction, Sarasota, October 2004.

American Hungarian Medical Society Annual Meeting; Cellular markers of differentiation from epithelial to mesenchymal phenotype in endometriosis are reversed by novel inhibitors of inflammatory pathways, Sarasota, October 2006.

Monthly Medical Student and OB/GYN resident reproductive endocrinology and infertility lecture series

# EXHIBIT B

# CURRICULUM VITAE

## LEONARD J. LERNER, PH.D.

**OFFICE ADDRESS**   Department of Biochemistry and Molecular Pharmacology
Jefferson Medical College
Thomas Jefferson University
1020 Locust Street
Philadelphia, PA 19107
Tel: (215) 503-5563

**HOME ADDRESS**   C-5 Windsor Castle
Cranbury, NJ 08512
Tel: (609) 448-5191

**PLACE OF BIRTH**   New Jersey, USA.

## EDUCATION

| | | |
|---|---|---|
| 1954 | Ph.D. | Rutgers University, Graduate School, New Brunswick, N.J. |
| 1953 | M.S. | Rutgers University, Graduate School, New Brunswick, N.J. |
| 1951 | B.A. | Rutgers University, Newark Colleges of Arts and Sciences, Newark, N.J. |
| 1950 | | New York University, Graduate School of Arts and Sciences, New York, N.Y. |
| 1943 | B.S. | Rutgers University, College of Pharmacy, Newark, N.J. |

## SPECIAL POST-GRADUATE TRAINING

Pathology, University of Cincinnati Medical School; Administration and Management courses taught by faculty from Columbia University and Others.

## PAST AND PRESENT AREAS OF RESEARCH INTEREST

Reproductive Physiology, Adrenal Physiology, Endocrine Cancer, Hormone Antagonism, Nutrition-Endocrine Interrelationships, Central Nervous System-Hormonal and Behavioral Interrelationships, Neuroendocrinology, Growth and Development Physiology, Prenatal and Postnatal Hormonal Balance, Gerontology, Atherosclerosis, Hypocholesterol and Lipid Regulating Agents, Hypoglycemic Agents, Anti-Inflammation, Drug Activity as Related to Pharmaceutical Vehicle, Veterinarian Endocrinology, Diabetes and Hormone Receptors, Insulin and Cardiac Calcium.

## MAJOR ACCOMPLISHMENTS IN DRUG RESEARCH

First anti-estrogens leading to drugs used to induce ovulation in the treatment of infertility and for in vitro fertilization, for treatment of breast and uterine cancers, and for altering blood lipids in cardiovascular disease.

First anti-androgens leading to drugs used to treat prostatic carcinomas, benign prostatic hypertrophy, hirsutism and acne.

Development of potent steroidal and non-steroidal anti-inflammatory drugs used orally, parentally and topically.

First injectable long-acting anti-inflammatory corticoid

First injectable long-acting steroidal contraceptive and progestational agent.

First multiphasic oral contraceptive.

Aromatase enzyme (estrogen synthatase) inhibitor.

First agents to inhibit prostaglandin metabolism.

## MEMBERSHIP IN SCIENTIFIC SOCIETIES

Endocrine Society
American Association for the Advancement of Science (Fellow)
American Physiology Society
New York Academy of Sciences (Fellow)
American Association for Cancer Research
Sigma Xi
American Society for Pharmacology and Experimental Therapeutics
American Fertility Society
The International Society for Research in the Biology of Reproduction
Society for the Study of Reproduction
Society for Experimental Biology and Medicine
International Study Group for Steroid Hormones

## SPECIAL SCIENTIFIC ACTIVITIES

Member of Special Review Committee of the National Cancer Institute

Chairman, Section on Biological and Medical Sciences, New York Academy of Sciences

Vice-Chairman, Section on Biological and Medical Sciences, New York Academy of Sciences

Member of Bureau of Biological Research of Rutgers University

Member of National Cancer Institute, Breast Cancer Task Force

Member of WHO Task Force on Methods for Regulation of Ovum Transport

Member of WHO Task Force on Pharmacological Models

Member of Special Panel Reviewing Biological and Pharmacological Activities of Progestational Drugs for the Food and Drug Administration

Chairman of Guidelines Committee on Long Term Drug Surveillance

Member of Organizing Committee of International Conference on Prostaglandins, Florence, Italy

Members of Organizing Committee of the Italian Group of New York Academy of Sciences

Member of the Steering Committee of the International Study Group for Steroid Hormones

Member of International Committee, Steering Committee and Program Committee of International Study Group for Steroid Hormones Annual Conferences

Member of the Program Committee of 78th Annual Meeting of the American Association for Cancer Research

Member of the Animal Care and Experimentation Committee of the Society for the Study of Reproduction

Member of the New York Academy of Sciences Advisory Panel of the Animal Research Committee

Liaison between the above two committees

Organizer of an International Meeting on Animals in Research

Member of the Scientific Advisory Board, First International Symposium on Hormonal Carcinogenesis, Cancun, Mexico 1991

Reviewer of grant proposals for U.S. Dept. of Agriculture, studies in reproduction

Chairman on Committee of Professional Education, American Diabetes Association New Jersey Affiliate

Member of the Board of Directors, American Diabetes Association New Jersey Affiliate

Member of the Concept Review Committee of N.I.H. National Cancer Institute and National Heart Lung and Blood Institute (Long Term Treatment with Tamoxifen as a Prophylaxis Against Breast Cancer, Osteoporosis and Cardiovascular Disorders)

Member of Special Review Committee of National Cancer Institute (Long Term Treatment Comparison of Tamoxifen and Raloxifene as Prophylaxis Against Breast Cancer, Osterporosis and Cardiovascular Disorders)

Member of the First International Congress on Hormonal Steroids Organizing Committee (1964)

Member of the Second International Congress on Hormonal Steroids Program Committee (1966)

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1991-pres. | Adjunct Professor, School of Nursing, University of Pennsylvania, Philadelphia, PA |
| 1990-1991 | Lecturer in Pharmacology, School of Nursing, University of Pennsylvania, Philadelphia,PA |
| 1988-pres. | Professor of Pharmacology, Department of Pharmacology, Jefferson Medical College, Thomas Jefferson University, Philadelphia, PA.  Now Department of Biochemistry and Molecular Pharmacology. |
| 1977-pres. | Research Professor, Departments of Obstetrics and Gynecology and Pharmacology, Jefferson Medical College of Thomas Jefferson University, Philadelphia, PA |
| 1971-1985 | Visiting Professor in Obstetrics and Gynecology, Hahnemann Medical School, Philadelphia, PA |
| 1971-1977 | Director, Department of Endocrinology, Lepetit Research Laboratories, Gruppo Lepetit S.P.A., Milano, Italy.  Now Sanofi-Adventis. |
| 1965-1970 | Director, Department of Endocrinology, Squibb Institute for Medical Research, New Brunswick, NJ |
| 1958-1965 | Section Head of Endocrinology, Squibb Institute for Medical Research, New Brunswick, NJ |
| 1954-1958 | Section Head in Endocrine Research, William S. Merrell Company, Cincinnati, Ohio |

## TEACHING

Endocrine Pharmacology in the Medical Pharmacology course for medical students at The Thomas Jefferson University (1977-1992)

Drug discovery and development lecture in the General Pharmacology course for graduate students at The Thomas Jefferson University (1979-1987)

Female and Fetal Pharmacology course for graduate students in the School of Nursing, University of Pennsylvania.  Course organizer and lecturer (1990-present)

Physiology of Pregnancy and the Fetus course for graduate students in the School of Nursing, University of Pennsylvania.  Course organizer and lecturer (1992-present)

Maternal and Fetal Response to Drug Treatment During Pregnancy and Lactation lecture to continuing education students in the School of Nursing, Rutgers University (1996)

Long Term Hormone Replacement Treatment and Osteoporosis lecture to Pharmacist Associations continuing education course in a number of locations in Pennsylvania and New Jersey (1991-1993)

Pathophysiology of Diabetes lectures in a continuing education course for nurses, pharmacists, nutritionists and other health providers sponsored by the American Diabetes Association and the University of Pennsylvania (1979-1991) presented throughout the United States

Pharmacology of Diabetes Drugs lectures in a continuing education course for nurses, pharmacists, nutritionists and other health providers, sponsored by the American Diabetes Association and the University of Pennsylvania (1979-1991) presented in various locations in the United States

CONSULTANT

World Health Organization, Geneva, Switzerland

Food and Drug Administration

Scientific Advisory Board of Progenics, Inc.

NCI-CIDAC Cancergram-Organ Site Carcinogenesis: Reproductive Tract

International and national pharmaceutical companies: Squibb, Johnson and Johnson, Pitman-Moore, Mead-Johnson, Parke Davis, Bristol Myers, Imperial Chemical Corporation, Lepetit, Dow Chemical, Montedison Chemical, Farmitalia Carlo Erba and others.

EDITORIAL BOARDS

| 1966-1986 | Steroids |
| 1986-1972 | Transactions of the New York Academy of Sciences |
| 1988-1992 | The Office Nurse |

AWARDS AND HONORS

| 1963 | Invited Lecturer at Laurentian Hormone Conference (Recent Progress in Hormone Research) |
| 1963 | Elected Fellow of The American Association for the Advancement of Science |
| 1968 | Elected Fellow of The New York Academy of Sciences |
| 1987 | Cover subject of "Cancer Research", Vol 45, March 1 |
| 1989 | Recipient of Eighth Cain Memorial Award, 80th Annual meeting of the American Association for Cancer Research, San Francisco, Calif. May 24-27 |

CO-EDITOR

"Research on Steroids", Vol. VI(1975), Vol. VII(1977) North Holland Press (Amsterdam); and Vol. VIII (1978), Academic Press, London and New York

BOOK REVIEWER

"Steroids"
"International Journal of Fertility"
"Science Books" (approximately 50 reviews)

MANUSCRIPT REVIEWER

A number of scientific journals, annuals and books

PUBLICATIONS

Approximately 160 papers and chapters

PATENTS

Approximately 30 patents have been granted in the USA plus additional foreign patents have been issued.